DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

TODD FABIAN SIMMONS,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-3988

————————————————

September 1, 2023

Appeal from the Circuit Court for Pasco County; Mary M. Handsel,
Judge.

Howard L. Dimmig, II, Public Defender, and Clark E. Green,
Assistant Public Defender, Bartow, for Appellant.

PER CURIAM.

    Affirmed.

KELLY, MORRIS, and ATKINSON, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.